UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUCY PINDER, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> FIRST MERCURY INSURANCE COMPANY, <br><br> Defendant. | MAGISTRATE JUDGE EDWARD S. KIEL <br><br> Civil Action No.: 2:23-CV-02646-MCA-ESK |

**ORDER**

AND NOW, on this **6th** day of **December**, 2023, upon consideration of the joint letter application filed by the parties on December 1, 2023 (ECF No. 22), it is hereby **ORDERED** that the discovery deadlines set forth in Paragraphs 1, 6, 11, and 13 of this Court's August 16, 2023 Order (ECF No. 13), are hereby stayed in light of the February 23, 2024 mediation scheduled by the parties (the "Mediation"); and it is further

**ORDERED** that telephone status conference is set for December 13, 2023 (ECF No. 13) is adjourned to **February 27, 2024 at 10:00 a.m.** The dial in number is 1-973-437-5535 and the conference ID is 949 339 330#. The parties shall file a joint letter on February 26, 2024 advising of the outcome of mediation; and it is further

ORDERED that the Clerk shall administratively terminate this case pending the outcome of mediation and pending further order by the Court.

BY THE COURT

*/s/ Edward S. Kiel*
EDWARD S. KIEL, U.S.M.J.