## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUCY PINDER, JAIME EDMONDSON LONGORIA, and EVA PEPAJ, as assignees of VITO J. FRUGGIERO, INC., <br><br> and <br><br> ALISSA NOBRIGA and ALANA CAMPOS, as assignees of ZILLION CONCEPTS, LLC, <br><br> and <br><br> CLAUDIA SAMPEDRO, ALANA CAMPOS, CARMEN ELECTRA, MAYSA OUY, SABELLA SHAKE, and JORDAN CARVER, as assignees of GC BROTHERS ENTERTAINMENT, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST MERCURY INSURANCE COMPANY, <br><br> Defendant. | C.A. No.: 23-02646-MCA <br><br><br> **STIPULATION OF DISMISSAL** |

The parties to the above-entitled action, pursuant to the provision of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that the claims of the Plaintiffs: LUCY PINDER, JAIME EDMONDSON LONGORIA, and EVA PEPAJ, as assignees of VITO J. FRUGGIERO, INC (the "Saints and Sinners Plaintiffs"), ALISSA NOBRIGA and ALANA CAMPOS, as assignees of ZILLION CONCEPTS, LLC (the "Rumors Plaintiffs"), and CLAUDIA SAMPEDRO, ALANA CAMPOS, CARMEN ELECTRA, MAYSA OUY, SABELLA SHAKE, and JORDAN CARVER, as assignees of GC BROTHERS ENTERTAINMENT, LLC, against the Defendant, FIRST MERCURY INSURANCE COMPANY, be dismissed with prejudice, without costs, and waiving all rights to appeal.

Dated: April 17, 2024

BY: */s/ John V. Golaszewski*
John V. Golaszewski, Esquire*
N.Y. Bar No. 4121091
THE CASAS LAW FIRM, P.C.
1740 Broadway, 15th Floor
New York, NY 10019
john@casaslawfirm.com
T:  646-872-3178
F:  855-220-9626
*admitted Pro Hac Vice

*Attorneys for Plaintiffs*

BY: */s/ Gerald B. Baldino, III*
Gerald B. Baldino, III, Esquire
NJ Bar ID: 295012019
Sacchetta & Baldino
24 South Broad Street
Woodbury, NJ 08096
T: 856-845-4400
F: 856-845-0400
gbaldino@sbattorney.com

*Local Attorneys for Plaintiffs*

BY: */s/ Michael J. Tricarico*
Michael J. Tricarico, Esquire
120 Mountain View Boulevard
Basking Ridge, NJ 07920
908-848-6300

*Attorneys for Defendant*

BY: */s/ Thomas Kaufman*
Thomas Kaufman, Esquire
570 Lexington Avenue, 8th Floor
New York, NY 10022
646-625-4008

*Attorneys for Defendant*

SO ORDERED

___*s/Madeline Cox Arleo*___
MADELINE COX ARLEO, U.S.D.J.

Date:   4/18/24

2